No. 11-1583

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

OCT **2 4** 2011

**LEONARD GREEN, Clerk**

VAN CHESTER THOMPKINS, JR., )
)
    Petitioner-Appellant, )
)
v. ) O R D E R
)
MARY BERGHUIS, Warden, )
)
    Respondent-Appellee. )
)

BEFORE:     BOYCE F. MARTIN, JR., Circuit Judge.

    Van Thompkins, a Michigan prisoner proceeding pro se, appeals a district court order denying his motion for relief from judgment filed under Federal Rule of Civil Procedure 60(b). Thompkins sought relief from the district court's judgment denying his petition for a writ of habeas corpus filed under 28 U.S.C. § 2254. Thompkins moves this court for a certificate of appealability, to proceed in forma pauperis and appointment of counsel.

    In 2002, a jury convicted Thompkins of first-degree murder, assault with intent to commit murder, and several firearms-related charges. After exhausting the state appeals process, Thompkins filed a petition for a writ of habeas corpus, which the district court denied. This court reversed the district court's decision in part. *Thompkins v. Berghuis*, 547 F.3d 572 (6th Cir. 2008). The United States Supreme Court granted certiorari to review the decision and, on June 1, 2010, reversed this court's decision and remanded with instructions to deny the petition. *Berghuis v. Thompkins*, --- U.S. ----, 130 S. Ct. 2250 (2010).

    The motion for a certificate of appealability is granted. The motion to proceed in forma pauperis is also granted. The clerk is directed to appoint counsel, establish a briefing schedule and shall place this case on the oral argument calendar.

ENTERED BY ORDER OF THE COURT

*[signature]*
Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 24, 2011

Mr. John S. Pallas
Office of the Michigan Attorney General
Appellate Division
P.O. Box 30217
Lansing, MI 48909

Van Chester Thompkins Jr.
Lakeland Correctional Facility
141 First Street
Coldwater, MI 49036

Re: Case No. 11-1583, *Van Thompkins, Jr. v. Mary Berghuis*
Originating Case No. : 05-70188

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Florence P. Ebert
Case Manager
Direct Dial No. 513-564-7026

cc: Mr. David J. Weaver

Enclosure